UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JOE HAND PROMOTIONS, INC.,
    Plaintiff,

v.            2014-cv-94-DRH-SCW

GUENLENL. KINNARD, indv. and d/b/.a
A & J KINNARD, INC. d/b/a 157 SPORTS
BAR and A & J KINNARD, INC. d/b/a
157 SPORTS BAR,
    Defendants.

## ORDER AND JUDGMENT

**THIS CAUSE** coming to be heard on JOE HAND PROMOTIONS, INC.'s Motion for Default Judgment, all parties having notice and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's Motion is granted.

**IT IS FURTHER ORDERED** that Judgment is entered in favor of Plaintiff, JOE HAND PROMOTIONS, INC. and against Defendants, GUENLENL KINNARD, indv. and d/b/a A & J KINNARD, INC. d/b/a 157 SPORTS BAR and A & J KINNARD, INC. d/b/a 157 SPORTS BAR, in an amount of Three Thousand Four Hundred and 00/100 ($3,400.00) Dollars as statutory liquidated damages, attorney's fees and costs in the amount of One Thousand Four Hundred Forty and 25/100 ($1,440.25) Dollars and a Deterrence factor in the amount of Five Thousand and 00/100 ($5,000.00), for a total judgment in the amount of Nine Thousand Eight Hundred Forty and 25/100 ($9,840.25).

ENTER:

Digitally signed by
David R. Herndon
Date: 2014.04.14
12:07:09 -05'00'

**Chief Judge**
**United States District Court**