IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOE HAND PRODUCTIONS, INC.,

Plaintiff,

v.                                                              No. 14-0094-DRH

GUELEN KINNARD et al.,

Defendants.

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is defendant Guenlen L. Kinnard, Jr.'s April 21, 2014 motion to set aside default judgment (Doc. 18). Specifically, Kinnard moves the Court to set aside its April 14, 2014 Default Judgment entered against himself. As of this date, plaintiff Joe Hand Productions, Inc. has not responded to the motion. Thus, the Court considers this failure to respond as an admission of the merits of the motion and **GRANTS** the motion to set aside default judgment.[1] The Court **VACATES** the portion of the April 14, 2014 Default Judgment entered against defendant Kinnard individually. The Default Judgment entered against the other defendants remains valid and intact.

Signed this 27th day of May, 2014.

Digitally signed by David R. Herndon
Date: 2014.05.27 14:59:25 -05'00'

Chief Judge
United States District Court

---

1 Local Rule 7.1(c) provides in part: "Failure to timely file a response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."