IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOE HAND PRODUCTIONS, INC.**,

**Plaintiff,**

v.                                                                  No. 14-0094-DRH

**GUELEN KINNARD et al.,**

**Defendants.**

### ORDER

**HERNDON, Chief Judge:**

      Pending before the Court is attorney Thomas G. Maag's motion to withdraw and [sic] attorney (Doc. 21). Mr. Maag moves to withdraw as attorney of record for Guenlen L. Kinnard, Jr., maintaining that "the attorney client relationship has so broken down that the undersigned cannot continue to diligently represent Mr. Kinnard." A review of the pleading, indicates that Mr. Maag has not followed the procedures outline in Local Rule 83.1(g) in filing the motion to withdraw. Thus, the Court **DENIES at this time** Mr. Maag's motion to withdraw (Doc. 21). Mr. Maag should consult Local Rule 83.1(g) prior to renewing his motion to withdraw.

      Signed this 24th day of June, 2014.

Digitally signed by
David R. Herndon
Date: 2014.06.24
09:27:54 -05'00'

**Chief Judge**
**United States District Court**