IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOE HAND PRODUCTIONS, INC.**,

**Plaintiff,**

v.                                                                  No. 14-0094-DRH

**GUELEN KINNARD et al.,**

**Defendants.**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

  Pending before the Court is attorney Thomas G. Maag's renewed motion to withdraw and [sic] attorney (Doc. 23). Mr. Maag moves to withdraw as attorney of record for Guenlen L. Kinnard, Jr., maintaining that "the attorney client relationship has so broken down that the undersigned cannot continue to diligently represent Mr. Kinnard in this matter."

  The Court finds that the requirements of Local Rule 83.1(g) have been satisfied. Thus, the Court **GRANTS** the motion to withdraw (Doc. 23). The Court **DIRECTS** attorney Maag to serve a copy of this Order within 7 days of upon opposing counsel and defendant Guenlen L. Kinnard. The Court **ALLOWS**

defendant Guenlen L. Kinnard 21 days from the date of this Order either to file an appearance on his behalf that he is proceeding pro se or have new retained counsel enter an appearance as required by Local Rule 83.1(g). Further, the Court **DIRECTS** the Clerk's office to enter on the docket sheet that Guenlen L. Kinnard's last known address as 2732 41st Street, Fairmont City, Illinois, 62201-2208.

Signed this 21st day of July, 2014.

Digitally signed by David R. Herndon
Date: 2014.07.21 14:57:30 -05'00'

**Chief Judge**
**United States District Court**